Filed 8/15/23  P. v. Thao CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
## THIRD APPELLATE DISTRICT
(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C097525 |
| Plaintiff and Respondent, | (Super. Ct. No. 95F01142) |
| v. | |
| ENG THAO, | |
| Defendant and Appellant. | |

Defendant Eng Thao appeals the trial court's denial of his petition for resentencing under former Penal Code section 1170.95.  (Former section 1170.95 has since been renumbered section 1172.6, with no change in text [see Stats. 2022, ch. 58, § 10]; undesignated statutory references are to the Penal Code.)  Counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 and requesting we exercise our discretion to review the entire record for arguable issues on appeal.

On May 5, 2023, we notified defendant:  1) counsel had filed a brief indicating no arguable issues had been identified by counsel; 2) as a case arising from an order denying

postconviction relief, defendant was not entitled to counsel or to an independent review of the record; and 3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument he wanted this court to consider. In addition, we notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned. More than 30 days have elapsed and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

DISPOSITION

The appeal is dismissed.

_____

HULL, J.

We concur:

_____

EARL, P. J.

_____

RENNER, J.